IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALLENE HOLLINGSWORTH MILLS,

    Plaintiff,

vs.                                                 Civ. No. 98-93 WWD/RLP

WAL-MART STORES, INC., a
Delaware corporation,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon the "Unopposed Motion of Counsel for Plaintiff to Withdraw Representation of Plaintiff in this Cause" filed by Milton L. Zentmyer, Esq. on February 3, 1999. Under D.N.M. LR-Civ. 83.8(b) an attorney seeking to withdraw "must give notice in the motion that objections must be served and filed within fourteen (14) calendar days from date of service of the motion and that failure to object within this time constitutes consent to grant the motion." Mr. Zentmyer's motion contains no such notice. The motion also fails to indicate whether Mr. Zentmyer's client agrees with the motion.

    **WHEREFORE,**

    **IT IS ORDERED** that the Unopposed Motion of Counsel for Plaintiff to Withdraw Representation of Plaintiff in this Cause be, and it hereby is, DENIED.

                                                                                                _____
                                                                             UNITED STATES MAGISTRATE JUDGE